Frank Griesser, appellee, v. Reisch Brewing Company, appellant. Gen. No. 8,368.

Opinion filed February 3, 1930. Rehearing denied April 4, 1930.

A. M. Fitzgerald and H. C. Moore, for appellant. G. G. Ginnaven, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.

A. F. Huber for use of W. F. Crumbaugh, trading as Peoples Oil Company et al., appellants, v. A. J. Walters et al., trading as H. W. Wrigley & Company and Farmers State Bank of Downs, appellees. Gen. No. 8,357.

Opinion filed February 3, 1930.

Earl C. Huggins, for appellants. D. D. McKay, for appellees.

Per curiam.

Travelers Insurance Company, appellee, v. George F. Reisch et al., trading as Reisch, Morgan & Reisch, appellants. Gen. No. 8,369.

Opinion filed February 3, 1930.

A. M. Fitzgerald and H. C. Moore, for appellants. Brown, Hay & Stephens, for appellee.

Per curiam.

FOURTH DISTRICT.

The People of the State of Illinois, defendant in error, v. William German, plaintiff in error.

Opinion filed February 12, 1930.

Matheny & Welker and F. M. Guinn, for plaintiff in error. Will M. Albert, for defendant in error.

Mr. Presiding Justice Barry delivered the opinion of the court.